## LUCKY *v.* ANDERSON.

GILBERT, J. There was no abuse of discretion in refusing an interlocutory injunction in this case. *Judgment affirmed. All the Justices concur.*

NOVEMBER 17, 1916.

Petition for injunction. Before Judge Hardeman. Jefferson superior court. April 8, 1916.

*M. C. Barwick,* for plaintiff.

*G. C. Anderson* and *R. G. Price,* for defendant.